Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
SEP 21 2010
BY _____
DEPUTY CLERK

In re: )
)
RIGSBY, PATRICIA MARIE ) Case No. 06-60668 WEA
RIGSBY, CLARENCE LEE )
)
    Debtor(s) ) Chapter 7
)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: 9/18/10

GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

Please deposit the attached funds of $3.98 to the U.S. Treasury. This represents small dividends of claimant no. 6 for unsecured non-priority claim of $177.89 dated 7/17/06 of Boscov's, c/o Creditors Bankruptcy Service, P.O. Box 740933 Dallas, TX 75374. See attached copy of claim.

B10 (Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court<br>WESTERN District of VIRGINIA | PROOF OF CLAIM<br>CHAPTER 7A |
|---|---|
| In re (Name of Debtor)<br>RIGSBY, PATRCIA MARIE<br>& CLARENCE LEE | Case Number<br>06-60668 |

NOTE: This form should not be used to make a claim for an administrative expense arising after commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to U.S.C § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)
BOSCOV'S

Name and Addresses Where Notices Should be Sent

BOSCOV'S
c/o CREDITORS BANKRUPTCY SERVICE
P. O. BOX 740933
DALLAS, TX 75374
Telephone No. (972) 644-1127

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statements giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
21673938

Check here if this claim: ☐ replaces   ☐ amends   a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from _____ to _____
  (date)   (date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 177.89
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier--11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan--U.S.C. § 507(a)(4)
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U.S.C. § 507(a)(6)
- ☐ Taxes or penalties of government units-- 11 U.S.C. § 507(a)(6)
- ☐ Other-- 11 U.S.C. § § 507(a)(2),(a)(5)-Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$ 177.89 (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   $ 177.89 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
07/17/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power attorney, if any)
P. B. MASON - AGENT

1412266

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C § § 152 and 3571.

```
CAL (     )              BOSCOV'S COLLECTION SYSTEM      PAGE 01      06/29/2006
                            ACCOUNT INFORMATION                       11:35:14
AP 50 ORG 100 ACCT 0000000000216739388          BOSCOV'S CREDIT DIVI PL 11020
NAME    CLARENCE L RIGSBY              PHONE H            CURR BAL     177.89
COMKR   PATRICIA MARIE RIGSBY          FLG    W           TOT DUE       30.00
ADDR1   285 GOBBLER LN                 COMKR  W           CURR DUE      10.00
ADDR2                                  LAST STMT 060906   X DAYS        10.00
CTY ST  DRY FORK              VA       LAST PYMT 030406   30 DAYS       10.00
ZIP CD  245490000 REC 2 SLP  000000080 LAST PUR  121705   60 DAYS         .00
RM 00 HIST 321010000   BLOCKS 1 C 2 M  DT PY DUE 070906   90 DAYS         .00
CCC M6   PCC N1   DISP N   INS N  MEMOS Y  DT OPENED 100305  120+ DAYS    .00
UC 1 B  2    3 05 4 20 5    6    MEMO CR         .00      LAST PYMT     25.00
-- SCH     PTP          DATE       R-DATE 06/29/06 RSN 08 E    PRI 101 --
CLASS 058  COLL    BAN SI N TIC N   REM 980 D NEXT LETTER (    ) DATE (     )
   L. MAINT GENERATED MAINTENANCE    RESTRUCT FROM CLASS 058 TO 058  06/09/06
   MSG (                                                    )
+  LST MEMO   END OF REPORT EQUIFAX AND AFFILIATES - 05/24/06      05/24/06
   ADD MEMO (                                                 )  RET (   )
   COL DATE TIME  ACTION    A-DATE      A-AMOUNT     DESC / NOTE   R-DATE   R-TIME

   DUM 0512 0000   T105     0511         25.00   DEBIT
       0629 1135 (     ) (       ) (         ) (            ) (       ) (      )
   PF1=OCAL    PF2=SCROLL    PF3=OCRR      PF4=OCVI        PF5=OCMI       PF6=OCMA
```

Date: 06/29/06 Time: 11:35:00 AM